1  DAVID J. GALLO *(California Bar No. 127722)*
   **LAW OFFICES OF DAVID J. GALLO**
2  12702 VIA CORTINA, SUITE 500
   DEL MAR, CALIFORNIA  92014
3  Telephone: (858) 509-3652

4  MEGAN ANNE RICHMOND *(California Bar No. 170753)*
   **RICHMOND & RICHMOND LAW OFFICES**
5  2650 CAMINO DEL RIO NORTH, SUITE 108
   SAN DIEGO, CALIFORNIA  92108
6  Telephone: (714) 349-0555

7  Attorney for Plaintiff, MARIE J. ALI,
   individually, and on behalf of
8  all others similarly situated

FILED
2008 NOV 19 PM 1:49
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE J. ALI, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a legal subdivision of the State of California,<br><br>Defendant. | Civil Action Number:<br>**CV08-07627 RGK (SHx)**<br><br>**COLLECTIVE ACTION**<br>(Title 29, U.S.C., § 216(b).)<br><br>**COMPLAINT FOR RECOVERY OF UNPAID WAGES;**<br>**JURY DEMAND** |

COMPLAINT FOR RECOVERY OF UNPAID WAGES; JURY DEMAND – PAGE 1

**JURISDICTIONAL STATEMENT**

1. This Court's subject-matter jurisdiction over the claims asserted herein is conferred by Article III of the United States Constitution; by Title 28, U.S.C., Section 1331; and by Title 29, U.S.C., Section 216(b).

**VENUE**

2. Venue of this civil action is properly fixed in the Central District of California, pursuant to Title 28, U.S.C., Section 1391(b).

**PARTIES**

3. Plaintiff, Marie J. Ali **(hereinafter "Plaintiff", and/or "Ali"),** an individual, is a citizen of the United States of America, and of the State of California, who resides therein.

4. Defendant, County of Los Angeles **(hereinafter the "County"),** is a legal subdivision of the State of California, pursuant to Article 11, Section 1(a) of the California Constitution, and pursuant to Section 23002 of the California Government Code.

**COLLECTIVE ACTION ALLEGATIONS**

5. The averments contained herein are made by Plaintiff on her own behalf, and on behalf of all others similarly situated; said averments are made upon personal knowledge as to Plaintiff and her own acts, and as to all other matters, upon information and belief (based upon, *inter alia*, the investigations made by Plaintiff's attorneys).

6. During the applicable limitations period, Plaintiff was employed by the Los Angeles County Department of Children and Family Services **(hereinafter the "DCFS"),** in the capacity of Child Social Worker **(hereinafter "CSW").**

7. DCFS denominates its CSWs in various ways, including "CSW Trainee", "CSW I", "CSW II", and "CSW III". The averments of his Complaint are applicable to all such CSW classifications.

8. Plaintiff brings this action on behalf of herself, and on behalf of all other CSWs who were employed by the DCFS within the applicable limitations period, and who worked in excess of

the maximum hours prescribed by Title 29, U.S.C., Section 207(a), but who did not receive all overtime compensation prescribed by such statute.

9. Plaintiff's position is in all respects similar to, if not identical to, the other persons on whose behalf Plaintiff brings this action.

**FIRST CLAIM FOR RELIEF**
**(for recovery of overtime compensation, liquidated damages, attorneys' fees, and costs)**
**(Title 29, U.S.C., Section 216(b))**
**(against Defendant, County of Los Angeles)**

10. The averments contained in paragraphs 1 through 9 hereof are incorporated herein by reference.

11. As stated above, during the applicable limitations period, Plaintiff was employed by the DCFS in the capacity of CSW.

12. During the applicable limitations period, DCFS frequently required, suffered, and/or permitted the CSWs, including Plaintiff, to work workweeks longer than forty (40) hours without paying them all overtime compensation prescribed by Title 29, U.S.C., Section 207(a).

13. Such failure to pay overtime compensation was "willful", for purposes of Title 29, U.S.C., Section 255(a).

14. The facts set forth hereinabove establish that Plaintiff and all others similarly situated are entitled to recover unpaid overtime compensation, liquidated damages, attorneys' fees, and costs, pursuant to Title 29, U.S.C., Section 216(b).

WHEREFORE, Plaintiff, on her own behalf, and on behalf of all others similarly situated, requests relief as set forth hereinbelow.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, on her own behalf, and on behalf of all others similarly situated, requests relief:

a. On the First Claim for Relief, judgment over and against the County of Los Angeles, awarding recovery of overtime compensation, liquidated damages, attorneys' fees, and costs; and

**COMPLAINT FOR RECOVERY OF UNPAID WAGES; JURY DEMAND – PAGE 3**

1    b. Such other relief, at law or in equity, to which this Court finds Plaintiff, and those
2       similarly situated, to be justly entitled.

3

4  Dated: 19 November 2008                Respectfully submitted,

5                                          DAVID J. GALLO
                                           **LAW OFFICES OF DAVID J. GALLO**
6                                          12702 VIA CORTINA, SUITE 500
                                           DEL MAR, CALIFORNIA  92014-3769
7                                          Telephone: (858) 509-3652

8

9                                                  /s/ David J. Gallo
                                           By:    David J. Gallo,
10                                                California Bar No. 127722
                                                  Attorney for Plaintiff, MARIE J. ALI,
11                                                individually, and on behalf of all others
                                                  similarly situated
12

...

28  [CLA-COMPLAINT.wpd]

**COMPLAINT FOR RECOVERY OF UNPAID WAGES; JURY DEMAND – PAGE 4**

# JURY DEMAND

Plaintiff, on her own behalf, and on behalf of all others similarly situated, hereby demands trial by jury of all issues triable by a jury, pursuant to applicable law, including, but not necessarily limited to, Amendment VII to the United States Constitution.

Dated: 19 November 2008

Respectfully submitted,

DAVID J. GALLO
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA  92014-3769
Telephone: (858) 509-3652


/s/ David J. Gallo
By: David J. Gallo,
California Bar No. 127722
Attorney for Plaintiff, MARIE J. ALI, individually, and on behalf of all others similarly situated

[CLA-COMPLAINT.wpd]

**COMPLAINT FOR RECOVERY OF UNPAID WAGES; JURY DEMAND – PAGE 5**