1  ROBERT H. PHILIBOSIAN, Cal. Bar No. 41515
2  DOUGLAS R. HART, Cal. Bar No. 115673
   GEOFFREY D. DEBOSKEY, Cal. Bar No. 211557
3  LAUREN D. THIBODEAUX, Cal. Bar No. 239997
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
4    A Limited Liability Partnership
     Including Professional Corporations
5  333 South Hope Street, 48th Floor
6  Los Angeles, California 90071-1448
   Telephone:  213-620-1780
7  Facsimile:   213-620-1398
8  rphilibosian@sheppardmullin.com
   dhart@sheppardmullin.com
9  gdeboskey@sheppardmullin.com

10  Attorneys for Defendant COUNTY OF LOS
11  ANGELES

12

13                UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA

15  MARIE J. ALI, on her own behalf        Case No. CV 08 -07627 CAS (FFMx)
    and others similarly situated,         *The Hon. Christina A. Snyder*
16
                   Plaintiff,              **DEFENDANT COUNTY OF LOS
17                                          ANGELES' STATEMENT
         v.                                 REGARDING PROPOSED NOTICE
18                                          OF RIGHT TO JOIN LAWSUIT**
    COUNTY OF LOS ANGELES, a
19  California Municipality,
                                           [Complaint Filed:  November 19, 2008]
20                 Defendant.

21

22

23        TO THE HONORABLE CHRISTINA A. SNYDER, UNITED

24  STATES DISTRICT COURT JUDGE, PLAINTIFF MARIE J. ALI, AND HER

25  ATTORNEYS OF RECORD:

26

27        Defendant County of Los Angeles, Department of Children and Family

28  Services ("Defendant") hereby submits its proposed Notice of Right To Join

1  Lawsuit, And Deadline For Doing So (attached hereto as Exhibit "A"); Consent To

2  Sue (attached hereto as Exhibit "B"); and reminder notice (attached hereto as

3  Exhibit "C").[1]

4        Plaintiff Marie J. Ali ("Plaintiff") submitted her proposed notice to

5  Defendant on April 13,2009 following the Court's Order granting Plaintiff's

6  *Hoffman-La Roche* Motion for "Conditional Certification" of Collective Action;

7  Issuance of Class Notice; and Equitable Tolling of Limitations.  (Declaration of

8  Lauren D. Thibodeaux ("Thibodeaux Decl."), ¶ 2.)  Pursuant to the Court's April 9,

9  2009 order, which was electronically served on the parties on April 13, 2009, the

10 parties met and conferred regarding Plaintiff's proposed notice.  (*Id.*)  During the

11 meet and confer conversations, the parties were able to agree on all but two issues as

12 follows:

13        1)  The parties are unable to agree on the number of days the collective

14 action members will be provided to opt into the lawsuit.  (*Id.*)  It is Defendant's

15 position that thirty (30) days is ample time for the collective action members to

16 make an informed decision regarding whether they wish to participate in the lawsuit.

17 Plaintiff requests that the Court provide the collective action members with one

18 hundred (100) days in which to opt into the lawsuit.

19        2)      In the Consent to Sue form (attached as Exhibit "B" hereto),

20 Defendant requested that the following sentence be inserted into the third paragraph:

21 "I have reviewed the Notice of Right to Join Lawsuit and I understand that an

22 explanation of my rights and obligations is set forth in that Notice."  It is

23 Defendant's position that it is not unreasonable for the collective action members to

24 indicate that they are aware of the Notice and that they understand that the Notice

25

26

27

28

---

[1]      By complying with the Court's Order to provide a Proposed Notice, Defendant in no
waives any rights it may have to seek appellate review of the Court's decision to
grant Plaintiff's *Hoffman-La Roche* Motion.

W02-WEST:1LDT1\401504735.1                           DEFENDANT'S STATEMENT RE PROPOSED NOTICE OF
                                                              RIGHT TO JOIN LAWSUIT

provides them with important information related to this lawsuit.  Plaintiff refused to agree to this addition.  (*Id.*)

Finally, during the meet and confer discussions, Plaintiff's counsel indicated that Plaintiff would agree that the first sentence of the Preliminary Statement in the Proposed Notice (attached hereto as Exhibit "A") would read as follows: "Although the United States District Court for the Central District of California has authorized the attorneys for Plaintiff Marie J. Ali to send this notice to you, the Court has not ruled on the merits of any of the claims or defenses asserted in the lawsuit described herein."  (*Id.* at ¶3.)  However, upon filing her Proposed Notice, Plaintiff failed to include this revision.  Thus, Defendant seeks to have this sentence included in the Preliminary Statement.

Dated:  April 23, 2009                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
               */s/ Lauren D. Thibodeaux*
                    LAUREN D. THIBODEAUX

                  Attorneys for Defendant COUNTY OF LOS
                                      ANGELES

DEFENDANT'S STATEMENT RE PROPOSED NOTICE OF
                                                                   RIGHT TO JOIN LAWSUIT

EXHIBIT "A"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE J. ALI, on her own behalf and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a California Municipality,<br><br>Defendant. | Civil Action Number:<br>CV08-07627 CAS (FFMx)<br><br>**NOTICE OF RIGHT TO JOIN LAWSUIT, AND DEADLINE FOR DOING SO** |

## *NOTICE OF RIGHT TO JOIN PENDING LAWSUIT*

To:     ALL PERSONS WHO HAVE BEEN EMPLOYED AS A CHILDREN'S
         SOCIAL WORKER (trainee, CSW I, CSW II, and/or CSW III) AT THE LOS
         ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY
         SERVICES AT ANY TIME FROM 11 FEBRUARY 2006 TO THE
         PRESENT.

## **PRELIMINARY STATEMENT**

         Although the United States District Court for the Central District of
California has authorized the attorneys for Plaintiff Marie J. Ali to send this notice
to you, the Court has not ruled on the merits of any of the claims or defenses
asserted in the lawsuit described herein. Neither the mailing of this Notice, nor the
content of this Notice, should be construed as any expression of any opinion
whatsoever by the Court as to whether any such claim or defense has any merit.

## 1.   **INTRODUCTION**

This Notice is to inform you about a lawsuit in which you might be able to make a claim for damages under the federal Fair Labor Standards Act, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, if you so choose.

## 2.   **DESCRIPTION OF THE LAWSUIT**

On 19 November 2008, Ms. Marie J. Ali (hereinafter the "Plaintiff") filed a lawsuit in the United States District Court for the Central District of California against the County of Los Angeles (hereinafter the "County"). The lawsuit alleges that the County violated the federal Fair Labor Standards Act (hereinafter the "FLSA") by allegedly failing to pay all overtime compensation allegedly due to Children's Social Workers (hereinafter "CSWs") working at the Department of Children and Family Services ("hereinafter "DCFS"). The lawsuit alleges that many of the CSWs worked more than forty (40) hours during some workweeks, but that the CSWs did not always receive: (a) additional pay calculated at one-and-one-half (1-½) times his or her regular hourly rate; or (b) one-and-one-half (1- ½) hours of compensatory time off for each hour worked beyond forty (40) in the workweek; or (c) a combination of both.

The Plaintiff alleges that she is entitled to recover unpaid overtime wages for such uncompensated overtime work performed after 19 November 2005. The Plaintiff also seeks an additional equal amount as liquidated damages, as well as attorneys' fees and costs. The lawsuit is currently in the early pretrial stage.

The County completely denies Plaintiff's allegations that it has violated the FLSA or failed to properly compensate the CSWs for overtime or otherwise, and has further denied Plaintiff's allegations that it is liable to Plaintiff under any circumstances.

−5−

**3.    <u>PERSONS ELIGIBLE TO RECEIVE THIS NOTICE</u>**

The United States District Court has ordered this Notice to be distributed to: All persons who have been employed as a Children's Social Workers (trainee, CSW I, CSW II, and/or CSW III) at the Los Angeles County Department of Children and Family Services at any time from 11 February 2006 to the present.

**4.    <u>YOUR RIGHT TO PARTICIPATE IN THIS SUIT</u>**

If you fit in the description in paragraph number three (3) above, and if you believe that (for any workweek(s) after 11 February 2006) you worked more than forty (40) hours during any one or more workweeks, but that the you did not always receive: (a) additional pay calculated at one-and-one-half (1-½) times your regular hourly rate; or (b) one-and-one-half (1-½) hours of compensatory time off for each hour you worked beyond forty (40) in the workweek; or (c) a combination of both, then you may have the right to make an FLSA claim against the County in this lawsuit to recover unpaid overtime compensation, liquidated damages, costs, and attorneys' fees for plaintiff's counsel in this lawsuit. It is entirely your own decision whether to join this lawsuit.

**5.    <u>EFFECT OF JOINING THIS SUIT</u>**

If you choose to join this lawsuit, you will be bound by any judgment on any claim you may have under the FLSA, whether favorable or unfavorable. That means that, if you win, you may be eligible to share in the monetary award; if you lose, no money will be awarded, and you will not be able to file another lawsuit regarding the matters raised in the lawsuit. You may also be held liable for the County's costs associated with this lawsuit if you lose. While this lawsuit is proceeding, you may be required to respond under oath to written questions, to have your deposition taken, to produce documents, and/or to testify in court at a trial or hearing in the United States federal courthouse in Los Angeles, California.

**6.    NO LEGAL EFFECT IN NOT JOINING THIS SUIT**

If you choose not to join this lawsuit, you will not be affected or bound by any judgment, favorable or unfavorable, on any of the claims brought under the FLSA that are alleged in this lawsuit; in other words, if you do not file a Consent to Sue form, you will not receive any back overtime wages or other relief granted pursuant to this lawsuit if Plaintiff prevails on her FLSA claims.

If you choose not to join this lawsuit, you retain all rights, if any, that you may have under the FLSA and are free to file your own lawsuit or complaint with the U.S. Department of Labor; however, recovery for any alleged FLSA claim you may have would be obtainable by you only if you file your own lawsuit or Department of Labor complaint within the time provided by law, and you actually prevail on your claims.

**7.    YOUR LEGAL REPRESENTATION IF YOU JOIN**

The attorneys for Plaintiff and the proposed opt-in class are the Law Offices of David J. Gallo, and the Megan A. Richmond, A.P.C. Their addresses and telephone numbers are:

DAVID J. GALLO (California Bar No. 127722)
LAW OFFICES OF DAVID J. GALLO
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA 92014
Telephone: (858) 509-3652

MEGAN ANNE RICHMOND (California Bar No. 170753)
MEGAN A. RICHMOND, A.P.C.
3110 CAMINO DEL RIO SOUTH, SUITE 314
SAN DIEGO, CALIFORNIA 92108
Telephone: (714) 349-0555

If you choose to join the lawsuit, the law firms listed above will be representing you unless you obtain another attorney. You will not be required to pay any attorneys' fees or court costs to the Plaintiffs' lawyers. Rather, in the event the plaintiffs prevail in the lawsuit, either by judgment or settlement, the plaintiff's attorneys will be requesting that the Court order the County to pay the plaintiff's

-7-

lawyers their reasonable attorneys' fees and reimburse them for any expenses. The Court must approve any fees received by the plaintiff's lawyers.

You also have the option to retain an attorney of your own choice.

## 8.   **HOW TO JOIN THIS LAWSUIT**

If you wish to join this lawsuit, you must complete, sign and mail the enclosed Consent To Sue form in the enclosed stamped envelope to:

DAVID J. GALLO, ESQ.
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA 92014

Alternatively, you may fax your Consent to Sue form to Mr. Gallo at: 858-509-3717.

Your signed Consent to Sue form must be received by David J. Gallo, Esq., by [insert date 30 days from date of mailing], 2009, for you to be eligible to participate in this lawsuit.

If you wish to join this lawsuit, return the signed Consent to Sue form as soon as possible, but no later than [insert date 30 days from date of mailing] 2009, to preserve any legal right you may have to participate in this lawsuit. Until the Consent to Sue form is filed with the Court, the statute of limitations continues to run, and you will not be entitled to receive compensation for the days during which you delay sending in your Consent to Sue form.

## 9.   **DEADLINE**

You must send in your completed Consent to Sue form by [insert date 30 days from date of mailing] 2009, in order to be eligible to participate in the lawsuit. At any time before or after [insert date 30 days from date of mailing] 2009, you are still free to file your own individual lawsuit against the County or your own individual complaint with the U.S. Department of Labor, so long as the three-year period for willful or two-year period for non-willful violations has not expired.

1   **10.   <u>NO OPINION EXPRESSED AS TO MERITS OF LAWSUIT</u>**

2          This Notice is for the sole purpose of providing current and former

3   CSWs with information concerning their potential right to join this lawsuit.

4   Although this Notice and its contents have been authorized by the Court, the Court

5   takes no position regarding the merits of Plaintiff's claims or the County's defenses,

6   and there is no assurance that the Court will grant any relief to the plaintiffs.

7

8   **11.   <u>NO RETALIATION PERMITTED</u>**

9          Whether you elect to join in this lawsuit is entirely up to you.  The

10   FLSA prohibits employers, such as the County, from discriminating or retaliating

11   against or taking adverse actions against any person for filing a lawsuit, claim or

12   complaint for compensation, assisting or testifying in a lawsuit under the FLSA, or

13   otherwise participating in a proceeding or exercising their rights under the FLSA.

14

15   **12.   <u>FURTHER INFORMATION</u>**

16          For further information about this lawsuit, you may contact Plaintiffs'

17   counsel by mail at the addresses indicated above in paragraph 7, by telephone at

18   (858) 509-3652, or by e-mail at DJGSAN@AOL.COM. Please do not attempt to

19   contact the Court regarding this lawsuit.

20

21

22

23

24

25

26

27

28

W02-WEST:1LDT1\401504706.1

EXHIBIT "B"

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

CENTRAL DISTRICT OF CALIFORNIA

12

MARIE J. ALI, on her own behalf
and others similarly situated,

13

14

Plaintiff,

v.

15

16

COUNTY OF LOS ANGELES, a
California Municipality,

17

Defendant.

18

Civil Action Number:
CV08-07627 CAS (FFMx)

**CONSENT TO SUE**

19

20

21

22

23

24

25

26

27

28

W02-WEST:1LDT1\401503179.3

-1-

1    I, THE UNDERSIGNED PERSON, hereby state that, during some time

2  period after 11 February 2006, I have been employed as a Children's Social Worker

3  ("CSW") at the Los Angeles County Department of Children and Family Services.

4    I believe that, for at least one or more of the weeks that I worked

5  subsequent to 11 February 2006, I worked more than forty (40) hours, but I did not

6  receive: (a) additional pay calculated at one-and-one-half (1-1/2) times my regular

7  hourly rate; or (b) one-and-one-half (1-1/2) hours of compensatory time off for each

8  hour I worked beyond forty (40) in the workweek; or (c) a combination of both.

9    I have reviewed the Notice of Right to Join Lawsuit and I understand

10  that an explanation of my rights and obligations is set forth in that Notice.  I hereby

11  consent to becoming a party plaintiff in that certain civil action (hereinafter the

12  "FLSA Action") styled, "Ali, et al. v. County of Los Angeles, et al.", Civil Action

13  No. CV08-07627, in the U.S. District Court for the Central District of California,

14  which is brought under the Fair Labor Standards Act and seeks recovery of unpaid

15  overtime compensation, liquidated damages, attorneys' fees, and costs.

16    I hereby designate the Law Offices of David J. Gallo, and Megan A.

17  Richmond, A.P.C., to represent me in the FLSA Action.

18

19  Dated: _____, 2009    _____

20                                                          [*signature*]

21                                          _____

22                                                          [*printed name*]

23                                          _____

24                                                          [*street address*]

25                                          _____

26                                                          [*city, state, zip*]

27                                          _____

28  W02-WEST:1LDT1\401503179.3                  [*telephone number*]

-2-

EXHIBIT "C"

**OBVERSE**

Law Offices of David J. Gallo                                    *[STAMP HERE]*
12702 Via Cortina, Suite 500                                     *[STAMP HERE]*
Del Mar, California 92014                                        *[STAMP HERE]*
                                                                 *[STAMP HERE]*
                                                                 *[STAMP HERE]*
                                                                 *[STAMP HERE]*


                        Mr. / Ms. Class Member
                        1234 Anystreet [residence address]
                        Anytown, California 9xxxx


\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**REVERSE**

### ALI v. COUNTY OF LOS ANGELES

This reminder card is sent in relation to the Fair Labor Standards Act collective action called "*Ali v. County of Los Angeles*".  You were previously sent a NOTICE OF RIGHT TO JOIN LAWSUIT, AND DEADLINE FOR DOING SO, which was accompanied by a CONSENT TO SUE form.

**This postcard is sent to remind you that the <u>deadline</u> for filing completed CONSENT TO SUE forms is [*<u>date which is 30 days from mailing of initial class notice</u>*]**.  If you **DO** wish to join the lawsuit and you have not already done so, you may mail your completed CONSENT TO SUE form to Class Counsel using the pre-addressed, posted envelope that was previously provided to you, or you may fax your completed CONSENT TO SUE form to Class Counsel at 858 509 3717.

If you do **NOT** wish to join the lawsuit, there is nothing that you need to do.

Please refer to the NOTICE OF RIGHT TO JOIN LAWSUIT, AND DEADLINE FOR DOING SO (which was previously mailed to you) if you have any questions.

Thank you.

1

PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3      I am employed in the County of Los Angeles; I am over the age of eighteen
years and not a party to the within entitled action; my business address is 333 South Hope
4  Street, 48th Floor, Los Angeles, California 90071-1448.

5      On **April 23, 2009**, I served the following document(s) described as **DEFENDANT
COUNTY OF LOS ANGELES' STATEMENT REGARDING PROPOSED NOTICE
6  OF RIGHT TO JOIN LAWSUIT** on the interested party(ies) in this action by placing
true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

7

**See Attached Service List**

8

9  ☒    **BY ELECTRONIC SERVICE/ECF E-FILING:** in accordance with U.S.D.C.
Central District's General Order No. 08-02, section VII. A.

10  ☒    **FEDERAL:** I declare that I am employed in the office of a member of the bar of
this Court at whose direction the service was made. I declare under penalty of
11  perjury under the laws of the United States of America that the foregoing is true and
correct.

12

13      Executed on **April 23, 2009**, at Los Angeles, California.

14

15                                            Donna J. McCurdy

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**SERVICE LIST**

2

3    David J. Gallo, Esq.                    Megan Anne Richmond, Esq.
     Law Offices of David J. Gallo          Megan A. Richmond, APC
4    12702 Via Cortina, Suite 500           3110 Camino del Rio South, Suite 314
     Del Mar, CA  92014                     San Diego, CA  92108

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28