O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE J. ALI, individually, and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a legal subdivision of the State of California,<br><br>　　Defendant. | Civil Action Number:<br>**CV08-07627 CAS (FFMx)**<br>**COLLECTIVE ACTION**<br>**(Title 29, U.S.C., § 216(b).)**<br><br>**FINAL JUDGMENT** |

　　THE ABOVE-CAPTIONED CIVIL ACTION having been finally compromised and settled by a Court-approved Settlement Agreement in which all Plaintiffs who remain parties to this action have joined, the Court enters final judgment as follows:

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all parties to the Settlement Agreement shall perform the terms of same;

　　IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the claims of all Plaintiffs shall be, and hereby are, DISMISSED, with prejudice;

　　IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court retains jurisdiction to interpret and/or enforce the Settlement Agreement, or any order heretofore entered in relation to the Settlement Agreement;

**FINAL JUDGMENT – PAGE 1**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Judgment constitutes a final judgment as to all claims and all parties.

Dated: 1ST August 2011

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA

[CV08-7627Judgment01.wpd]